# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA RAMIREZ-BAKER, | CASE NO. CV-F-008-601 LJO DLB |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| BEAZER HOMES, INC., et al, | |
| Defendants. | |
| _____/ | |

In a joint status report, filed on April 24, 2009, the parties indicated that they have reached an agreement for settlement in this case. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, **no later than May 26, 2009,** to file appropriate papers to dismiss or conclude this action in its entirety.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 16-160 and Local Rule 16-272.

IT IS SO ORDERED.

**Dated:   April 27, 2009**                    /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE