# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA RAMIREZ-BAKER, | CASE NO. CV-F-008-601 LJO DLB |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE** |
| vs. | |
| BEAZER HOMES, INC., et al, | |
| Defendants. | |

On May 1, 2009, plaintiff and defendants filed a stipulation to dismiss with prejudice the above-titled action (Doc. 24). Pursuant to Fed. R. Civ. P. 41(a), and the parties' stipulation, this action is DISMISSED. All dates are VACATED. The clerk is directed to CLOSE the action.

IT IS SO ORDERED.

**Dated:    May 4, 2009**                        **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES DISTRICT JUDGE

1